BEFORE THE THIRD DIVISION, MAY 22, 1941

**No. 45890.**—Protest 1050–K of Irving Ross (New York).

Opinion by KEEFE, J.   On the authority of Abstract 42091 the Nigga chasers in question were held dutiable at 12 cents per pound under paragraph 1515 as claimed.

**No. 45891.**—Protest 49920–K of L. A. Salomon & Bro. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of powdered talc valued at more than $14 per ton, and not a toilet preparation. The claim at 17½ percent under paragraph 209 and T. D. 49752 was therefore sustained.

**No. 45892.**—Protest 41150–K of Ansel W. Robison (San Francisco).

Opinion by KEEFE, J.   It was stipulated that the dog biscuit meal in question is similar to that the subject of *Robison* v. *United States* (4 Cust. Ct. 310, C. D. 349).   The claim at 15 percent under paragraph 733 and T. D. 49753 was therefore sustained.

**No. 45893.**—Protest 29399–K of Goldfarb Novelty Co. (New York).

Opinion by KEEFE, J.   The sample is a typical ashtray having three grooves in the rim for cigarette rests.   From the evidence it was held that these articles are not within the meaning of tableware and therefore not subject to duty at 10 cents per dozen pieces.

**No. 45894.**—Protest 26882–K of A. L. Tuska & Son (New York).

Opinion by KEEFE, J.   It was established that the merchandise is not toothpick holders but receptacles used by florists and others as containers of artificial flowers.   It was therefore found to be an ornament composed of chinaware and not subject to duty at 10 cents per dozen pieces under paragraph 212.

**No. 45895.**—Protest 17808–K of Danubia Pictures, Inc. (New York).

Opinion by KEEFE, J.   In accordance with the amended report of the appraiser the protest was sustained.

**No. 45896.**—Protest 22253–K of Cleveland Worsted Mills Co. (Cleveland).

Opinion by KEEFE, J.   The protest was sustained in accordance with the agreed statements of fact.